UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>-vs-<br><br>COREY MARTIN CONTRERAS,<br><br>             Defendant. | No.   2:20-CR-0003-WFN-1<br><br>PROTECTIVE ORDER |

Pending before the Court is the Government's Unopposed Motion for Protective Order. ECF No. 29. The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The Government's Unopposed Motion for Protective Order, filed January 23, 2020, **ECF No. 29**, is **GRANTED**.

2. The privacy protection measures mandated by 18 U.S.C. § 3509(d), when a case involves a person under the age of eighteen years who is alleged to be a victim of a crime of sexual exploitation, or a witness to a crime committed against another person, apply to this case.

3. All persons acting in this case in a capacity described in 18 U.S.C. § 3509(d)(1)(B), shall follow and abide by the privacy protections of 18 U.S.C. § 3509(d)(1) and (2) as follows:

    (1)    Confidentiality of information.

        (A)    A person acting in a capacity described in subparagraph (B) in connection with a criminal proceeding shall–

            (i) keep all documents that disclose the name or any other information concerning a child in a secure place to which no person who does not have reason to know their contents has access; and

ORDER - 1

      (ii) disclose documents described in clause (i) or the information in them that concerns a child only to persons who, by reason of their participation in the proceeding, have reason to know such information.

  (B) Subparagraph (A) applies to–

      (i) all employees of the Government connected with the case, including employees of the Department of Justice, any law enforcement agency involved in the case, and any person hired by the Government to provide assistance in the proceeding;

      (ii) employees of the court;

      (iii) the defendant and employees of the defendant, including the attorney for the defendant and persons hired by the defendant or the attorney for the defendant to provide assistance in the proceeding; and

      (iv) members of the jury.

(2) Filing under seal. All papers to be filed in court that disclose the name of or any other information concerning a child shall be filed under seal without necessity of obtaining a court order. The person who makes the filing shall submit to the clerk of the court–

  (A) The complete paper to be kept under seal; and

  (B) The paper with the portions of it that disclose the name of or other information concerning a child redacted, to be placed in the public record.

4. The privacy protections described above will apply to the name and any other identifying information concerning the victims of the offenses prosecuted in *Arizona v. Corey Contreras*, Pinal County Superior Court Case No. CR200401273.

5. Counsel shall remind all persons providing assistance on this case of these obligations.

6. Any alleged victim of *Arizona v. Corey Contreras*, Pinal County Superior Court Case No. CR200401273, will be referred to either by initials or a pseudonym, whichever is agreed upon by counsel for the Government and the Defendant. Counsel shall be consistent in their use of the identifier selected. The parties shall prepare their witnesses and instruct them to refer to the alleged victims only by using the agreed pseudonyms (e.g., "Jane Doe 1", "Jane Doe 2" etc.), rather than their names, in opening statements and in closing arguments.

7. All personal information relating to any victim described above shall be precluded from public disclosure.

8. The Government's Motion to Expedite, filed January 23, 2020, **ECF No. 30**, is **GRANTED**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 27th day of January, 2020.

01-24-20

_____
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 3